TIMOTHY J. HOGAN 5312-0
ATTORNEY AT LAW
1050 Bishop Street, No.433
Honolulu, Hawaii 96813
Tel. No. (808) 382-3698
Fax No. (808) 356-1682
E-mail: tjh@timhogan.com

Attorney for Trustee
DAVID C. FARMER

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| In re | CASE NO. 09-02506 |
|---|---|
| | (Chapter 7) |
| SEPTIMO, RERI NANILEI, | HEARING |
| | Date: February 17, 2010 |
| | Time: 9:30 a.m. |
| | Judge: Honorable Robert J. Faris |
| Debtor | |
| | Relates to Docket No. 11. |

**ORDER REGARDING TRUSTEE'S OBJECTION TO DEBTOR'S CLAIMS OF EXEMPTION**

The hearing on the Trustee's Objection to the Debtor's Claim of Exemption filed on January 9, 2010 (Docket No. 11) came on for hearing before the United States Bankruptcy Court for the District of Hawaii on February 17, 2010 at 9:30 a.m., the Honorable Robert J. Faris presiding. Timothy J. Hogan, Esq., appeared on behalf of the Trustee David C. Farmer (the "Trustee"), who was also present.

Ramon Ferrer, Esq., appeared on behalf of the Debtor Reri Nanilei Septimo (the "Debtor").

The Court, having reviewed the Trustee's objection and the opposition filed by the Debtor, having heard the argument of counsel, for the reasons stated in open court pursuant to Fed. R. Bankr. P. 7052, and finding good cause therefor,

The Trustee's objection is OVERRULED as to the Debtor's motor vehicle, a 2007 Toyota Tacoma pickup truck.

The Trustee's objection is SUSTAINED as to the Debtor's interest in her residence, a Hawaiian Homes property located at 21 Oopu Way Wailuku, Maui, Hawaii.

/s/ Robert J. Faris
United States Bankruptcy Judge
Dated: February 22, 2010

APPROVED AS TO FORM:

_____
Ramon Ferrer, Esq.
Attorney for the Debtor
Reri Nanilei Septimo
_____
*In re Septimo*, Bk No 09-02506 (Ch 7)( Bankr. Hawaii); Order Regarding Trustee's Objection to Debtor's Claim of Exemption (Docket No. 11)

*In re Septimo*, Bk No. 09-02506
LBR 9022(b) Notice List
Hearing Date 2/17/2010 at 9:30 a.m.

Ramon Ferrer, Esq., on behalf of the Debtor:
email   ramonlawfirm@hotmail.com

Debtor:

Reri Nanilei Septimo
21 Oopu Way
Wailuku, HI 96793